

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00050-CV
_____

IN RE BUFKIN PARTNERS, LTD. D/B/A LONGVIEW TRUCK CENTER, BUFKIN
MANAGEMENT, LLC, AND BUFKIN TRUCK SERVICE, LLC

Original Mandamus Proceeding

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice Stevens

# MEMORANDUM OPINION

On August 23, 2022, the Relators filed an Unopposed Motion to Dismiss Petition for Writ of Mandamus advising that the parties had settled their differences and requesting that this mandamus petition be dismissed.

Without considering the merits of the petition, the Relators' motion to dismiss is granted, and their petition seeking a writ of mandamus is hereby dismissed. *Cf.* TEX. R. APP. P. 42.1(a)(1) (detailing procedures for voluntary dismissal of direct appeals).


Scott E. Stevens
Justice

Date Submitted:     August 30, 2022
Date Decided:       August 31, 2022